AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) Case: 1:23-mj-00329 |
| Kyle Douglas McMahan | ) Assigned to: Judge Upadhyaya, Moxila A. |
|  | ) Assign Date: 11/30/2023 |
|  | ) Description: COMPLAINT W/ ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Kyle Douglas McMahan,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder;
18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Knowingly, and with intent to impede or disrupt the orderly conduct of Government business;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;
18 U.S.C. § 111(a)(1) - Assaulting, Resisting, or Impeding Certain Officers (Physical Contact).

Date: 11/30/2023

*Issuing officer's signature*

City and state: Washington, D.C.    MOXILA A. UPADHYAYA  U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 11/30/2023, and the person was arrested on *(date)* 12/6/2023
at *(city and state)* Dallas, Texas.

Date: 12/6/2023

*Arresting officer's signature*

Jimmy Beacham, SA FBI
*Printed name and title*