IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No.: 24-cr-155 (TSC) |
| v. | : | 18 U.S.C. § 111(a)(1) |
| | : | (ASSAULTING, RESISTING, OR |
| **KYLE D. MCMAHAN,** | : | IMPEDING CERTAIN OFFICERS) |
| Defendant. | : | |

### STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, KYLE DOUGLAS MCMAHAN, with the concurrence of the defendant's attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

*The Attack at the U.S. Capitol on January 6, 2021*

1.  The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured twenty-four hours a day by U.S. Capitol Police (USCP). Restrictions around the Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people with appropriate identification are allowed access inside the Capitol.

2.  On January 6, 2021, the exterior plaza of the Capitol was closed to members of the public.

3.  On January 6, 2021, a joint session of the United States Congress convened at the Capitol. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on Tuesday,

November 3, 2020. The joint session began at approximately 1:00 PM. Shortly thereafter, by approximately 1:30 PM, the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4. As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the Capitol. Temporary and permanent barricades, as noted above, were in place around the exterior of the Capitol, and USCP officers were present and attempting to keep the crowd away from the Capitol and the proceedings underway inside.

5. At approximately 2:00 PM, certain individuals in the crowd forced their way through, up, and over the barricades. Officers of the USCP were forced to retreat and the crowd advanced to the exterior façade of the building. Officers with the D.C. Metropolitan Police Department were called to assist officers of the USCP who were then engaged in the performance of their official duties. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks as required by USCP officers or other authorized security officials.

6. At such time, the certification proceedings were still underway, and the exterior doors and windows of the Capitol were locked or otherwise secured. Members of the USCP attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 PM, individuals in the crowd forced entry into the Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts. The riot resulted in substantial damage to the Capitol, requiring the expenditure of more than $2.9 million dollars for repairs.

7. Shortly thereafter, at approximately 2:20 PM, members of the House of Representatives and of the Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 PM on January 6, 2021. In light of the dangerous circumstances caused by the unlawful entry to the Capitol—including the danger posed by individuals who had entered the Capitol without any security screening or weapons check—Congressional proceedings could not resume until after every unauthorized occupant had been removed from or left the Capitol, and USCP confirmed that the building was secured. The proceedings resumed at approximately 8:00 PM after the building had been secured. Vice President Pence remained in the Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

*The Defendant's Participation in the January 6, 2021, Capitol Riot*

8. On January 6, 2021, MCMAHAN entered the U.S. Capitol Building and participated in the riot. Footage recorded on that day by U.S. Capitol Police surveillance cameras, body-worn cameras, and other third parties show MCMAHAN's participation. At around 2:00 PM, MCMAHAN pushed a bike-rack barrier to the side that was in his path. Rioters forcibly breached the east perimeter line formed in part by that barrier and surged toward the East Rotunda steps of the U.S. Capitol Building.

9. By approximately 2:15 PM, rioters had surged up the East Rotunda steps and were attempting to force their way into the U.S. Capitol Building through the East Rotunda doors. USCP officers were positioned near the East Rotunda doors and attempted to keep the rioters out of the building. Around this time, MCMAHAN pushed D.V.B., a USCP officer who was preventing rioters from entering the building.

10. MCMAHAN entered the U.S. Capitol Building through the East Rotunda doors at around 2:41 PM and entered the Rotunda where he pumped his fists and greeted other rioters with high fives and hugs. At around 2:45 PM, MCMAHAN headed toward the Senate Chamber, gesturing for other rioters to follow him. MCMAHAN and other rioters traveled as far as the hallway outside the Old Senate Chamber, where a line of police officers halted the rioters' advance. Other rioters pushed against the police line while officers prevented them from advancing toward the Senate Chamber.

11. MCMAHAN retreated from the area near the Old Senate Chamber at around 2:51 PM and re-entered the Rotunda. MCMAHAN then walked to a vestibule east of the Rotunda, talked with other rioters wearing helmets and tactical vests and re-joined the rioters inside the Rotunda at around 2:54 PM. MCMAHAN spoke with another group of rioters for nearly three minutes before they walked over to a police line near the west side of the Rotunda. At around 2:57 PM, MCMAHAN gestured the rioters forward.

12. At the police line, around 2:58 PM, rioters pushed police officers. Metropolitan Police Department (MPD) Officer M.L. faced the rioters with his hands outstretched in front of him, keeping the rioters at bay. MCMAHAN grabbed Officer M.L.'s right hand and Officer M.L. wrested his hand from MCMAHAN's grip.

13. MCMAHAN remained near the police line and, at around 3:00 PM, a group of rioters attempted to overwhelm the officers guarding the west threshold of the Rotunda. A rioter yelled, "Go! Go! Go!" while a block of rioters pushed in unison against the police line. Rioters placed their hands on the backs of others as they pushed officers away from the threshold. MCMAHAN took cover when officers deployed a chemical irritant. Other rioters, however, continued pushing in unison while chanting, "USA! USA! USA!"

14. Between around 3:00 PM and 3:20 PM, police officers formed a line around the rioters who remained in the Rotunda and began moving them toward the East Rotunda doors. MCMAHAN was among the rioters in the Rotunda. MPD Officer S.M. was among the police officers trying to regain control of the Rotunda. As Officer S.M. tried to expel another rioter, at around 3:18 PM, MCMAHAN grabbed Officer S.M.'s arm. Officer S.M. shouted, "Get off me! Get off me!" MCMAHAN replied, "Don't fucking touch him! Don't fucking touch him!"

15. At around 3:20 PM, officers started expelling the rioters remaining in the vestibule by ushering them outside through the East Rotunda doors. MCMAHAN was in the vestibule at that time and rioters surged into the vestibule, pushing back an outnumbered USCP officer. While rioters streamed into the building, MCMAHAN pulled a different officer (USCP Officer M.H.) away from the incoming rioters, impeding his response. MCMAHAN then tried to move further inside the building as other rioters entered the building. USCP Officer C.A. stopped MCMAHAN's advance by placing a hand on him; MCMAHAN slapped away Officer C.A.'s hand.

16. Police officers formed a line around the rioters and expelled them through the East Rotunda doors. MCMAHAN left the U.S. Capitol Building through the East Rotunda doors at around 3:35 PM, but he lingered on the other side of the doors as police ushered other rioters out of the building.

### *Elements of the Offense*

17. The parties agree that 18 U.S.C. § 111(a)(1) requires the following elements:
    a. First, the defendant assaulted, resisted, opposed, impeded, intimidated, or interfered with Officer D.V.B., an officer from the United States Capitol Police.
    b. Second, the defendant did such acts forcibly.

c. Third, the defendant did such acts voluntarily and intentionally.

d. Fourth, Officer D.V.B., the person assaulted, resisted, opposed, impeded, intimidated, or interfered with, was an officer or an employee of the United States who was then engaged in the performance of his official duties.

e. Fifth, the defendant made physical contact with Officer D.V.B. or acted with the intent to commit another felony. For purposes of this element, "another felony" refers to the offenses charged in Counts Two and Three.

### *Defendant's Acknowledgments*

18. The defendant knowingly and voluntarily admits to all the elements as set forth above. Specifically, the defendant admits that he forcibly resisted, opposed, impeded, intimidated, or interfered with a person designated in 18 U.S.C. § 1114 while engaged in or on account of the performance of their official duties. MCMAHAN admits that he pushed Officer D.V.B. to forcibly interfere with D.V.B.'s attempts to keep rioters from entering the building. MCMAHAN admits that his assault involved physical contact. MCMAHAN further admits that he knew Officer D.V.B. was engaged in the performance of his official duty and that MCMAHAN was obstructing officers during a civil disorder.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: _____
CARLOS A. VALDIVIA
Assistant United States Attorney
D.C. Bar No. 1019242
601 D Street, NW
Washington, D.C. 20530
(202) 252-7508
Carlos.Valdivia@usdoj.gov

## DEFENDANT'S ACKNOWLEDGMENT

I, Kyle D. McMahan, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 6/20/2024

KYLE D. MCMAHAN
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 6/20/24

MARIA N. JACOB, Esq.
Attorney for Defendant