UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v. ) | |
| ) | No.   24-cr-155 (TSC) |
| **KYLE MCMAHAN** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## MOTION FOR DELAY IN REPORT DATE

As this Court is aware from his sentencing hearing, Mr. McMahan is a 42-year-old single father who is the primary caregiver to his two sons. Mr. McMahan lives with his two sons in Texas, where he works at the Veterans Affairs ("VA") Medical Center. He does so after serving in the Marine Corps as a decorated combat Veteran where he served two tours in Iraq. He has been diagnosed with a degenerative genetic condition that has been slowly taking away his physical functioning for the past few years. There is no cure for this condition and Mr. McMahan's physical abilities continue to deteriorate. For these reasons, the Court noted in the Judgement "The Court strongly recommends the Defendant is placed in FMC Fort Worth due to considerable medical issues." The Court also ordered him to report on or after December 2, 2024. Despite the Court's recommendation, the BOP has directed Mr. McMahan to report to Beaumont, Texas. Not only is Beaumont not a medical facility, but it is 5 ½ hours from his home, not the 20 minutes away that FMC Fort Worth would have been. As a result, his children would not be able to visit him over the holidays were he to report on December 3, 2024 as directed.  As a

1

result, we respectfully request that the Court extend his report date to January 13, 2025.

                                                  Respectfully submitted,

                                                  A.J. KRAMER
                                                  FEDERAL PUBLIC DEFENDER

                                                  _____/s/_____
                                                  Michelle Peterson
                                                  Chief Assistant Federal Public Defender
                                                  625 Indiana Ave. NW, Ste. 550
                                                  Washington, D.C. 20004
                                                  (202) 208-7500
                                                  Maria_jacob@fd.org